**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Mohammad Hossein PARVIZI,**
**Defendant—Appellant.**

No. 02–50010.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002.*

Decided July 31, 2002.

Before: BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

Mohammad Hossein Parvizi appeals the sentence imposed following his guilty plea to six counts of armed bank robbery, in violation of 18 U.S.C. § 2113(a) and (d). Because the district court recognized its discretion to grant a downward departure based on aberrant behavior, we lack jurisdiction to review its denial of Parvizi's request for a departure on that ground. *United States v. Morales,* 972 F.2d 1007, 1011 (9th Cir.1992).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.